Lewis E. Hudnell, III (CASBN 218736)
lewis@hudnelllaw.com
Nicolas S. Gikkas (CASBN 189452)
nick@hudnelllaw.com
HUDNELL LAW GROUP P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
Telephone: 650.564.3698
Facsimile: 347.772.3034

Attorneys for Defendant
VoIP-Pal.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a Verizon Wireless<br><br>Plaintiff,<br><br>v.<br><br>VOIP-PAL.COM, INC.,<br><br>Defendant. | Case No. 5:20-cv-3092-LHK<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Verizon") and Defendant VoIP-Pal, Inc. ("VoIP-Pal") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties stipulate that that all pending requested relief should be denied as moot.  The parties stipulate to the dismissal of all Verizon's claims in this lawsuit without prejudice.  The parties further stipulate each party is to bear its own fees, expenses, and costs.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 25, 2021                              Respectfully submitted,


*/s/ William A. Hector (with permission)*        */s/ Lewis E. Hudnell, III*
William A. Hector (SBN 298490)                   Lewis E. Hudnell, III (CASBN 218736)
VENABLE LLP                                      lewis@hudnelllaw.com
101 California Street, Suite 3800                Nicolas S. Gikkas (CASBN 189452)
San Francisco, CA 94111                          nick@hudnelllaw.com
T: (415) 653-3750                                HUDNELL LAW GROUP P.C.
F: (415) 653-3755                                800 W. El Camino Real Suite 180
wahector@venable.com                             Mountain View, California 94040
                                                 Telephone: 650.564.3698
Frank C. Cimino, Jr. (*Pro Hac Vice*)            Facsimile: 347.772.3034
Megan S. Woodworth (*Pro Hac Vice*)
VENABLE LLP
600 Massachusetts Ave., N.W.                     Attorneys for Defendant
Washington, D.C. 20001                           VoIP-Pal.com, Inc.
T: (202) 344-4000
F: (202) 344-8300
fccimino@venable.com
mswoodworth@venable.com


Attorneys for Plaintiff CELLCO
PARTNERSHIP d/b/a Verizon Wireless




### ATTESTATION

Under Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory indicated by a 'conformed' signature (/s/) within this e-filed document.


                                                 */s/ Lewis E. Hudnell, III*
                                                 Lewis E. Hudnell, III

## ~~[PROPOSED]~~ ORDER

PURSUANT TO STIPULATION of the parties, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  All costs, expenses, and attorney's fees shall be borne by the party that incurred them. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: _____   May 26, 2021

_____
Hon. Lucy H. Koh
United States District Court Judge

JOINT STIPULATION OF DISMISSAL
5:20-cv-3092-LHK